NATIONAL LABOR RELATIONS BOARD, Petitioner, v. MUSKEGON DOCK & FUEL CO.

No. 13079.

Circuit Court of Appeals, Eighth Circuit.

June 25, 1945.

Alvin J. Rockwell, Gen. Counsel, National Labor Relations Board, and Malcolm F. Halliday, Associate Gen. Counsel, Na-

tional Labor Relations Board, both of Washington, D. C., for petitioner.

Day, Lundberg & Stokes, of Grand Forks, N. D., for respondent.

PER CURIAM.

Leave granted to petitioner to withdraw petition for enforcement of order of Labor Board and record of pleadings and proceedings, on motion of petitioner.